IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GLEN RODNEY WRIGHT,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:13-CV-2166-L** |
| § | |
| **TRANSPORTATION INFRASTRUCTURE** § | |
| **OVERSIGHT COMMITTEE, et al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Glen Rodney Wright's ("Plaintiff") action against Transportation Infrastructure Oversight Committee, et al. ("Defendants"), filed June 10, 2013. This pro se case was automatically referred to Magistrate Judge Irma C. Ramirez for pretrial management pursuant to the standing order of reference, filed June 12, 2013. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), on November 15, 2013, recommending that the court dismiss this action for failure to comply with Federal Rule of Civil Procedure 4(m). No objections to this report were filed.

On June 10, 2013, Plaintiff filed this case against Defendants and paid the filing fee. On June 13, 2013, pursuant to Rule 4, the magistrate judge ordered Plaintiff to serve Defendants within 120 days after the filing of the complaint and to file proof of service with the court unless service is waived. Plaintiff failed to file a valid return of service on Defendants within 120 days of the filing of the complaint, and no defendant has appeared. On October 28, 2013, the magistrate judge ordered Plaintiff to show cause for his failure to comply with the service requirements of Rule 4 by November 12, 2012. The magistrate judge stated that if Plaintiff failed to comply with the terms by

**Order - Page 1**

filing a valid return of service or showing good cause in writing, dismissal of the case would be recommended without further notice.  Plaintiff has still not filed a valid return of service or shown good cause in writing for his failure to do so.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 4(m).

**It is so ordered** this 18th day of December, 2013.

                                                Sam A. Lindsay
                                                United States District Judge